## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON

**RICKY VINCENT PENDLETON,**

      *Plaintiff,*

v.

      Civil Action No. 2:22-CV-0178

**BETSY C. JIVIDEN,** Commissioner,
WV Division of Corrections and Rehabilitation,
**CLARENCE J. RIDER,** Religious Service Director,
WV Division of Corrections and Rehabilitation, and
**DONNIE AMES,** Superintendent, Mount Olive
Correctional Complex and Jail,

      *Respondents'.*

## **EXHIBIT** - A -

**PLAINTIFF'S Grievance process**

RECEIVED

ONE STAPLE ONLY

OCT 28 2021

West Virginia Division of
Corrections and Rehabilitation
WVDCR Inmate Grievance Form

Grievance No. 21 MTC ST-383

| | | |
|---|---|---|
| **Ricky Pendleton** | **#3572914** | **October 14, 2021** |
| Inmate Name | OID # | Date of Grievance |

RE 31.33

**State Nature of Grievance / Issue to be addressed** (Note: 1 issue per grievance be concise file with Unit Manager or Director of Inmate Services. **NO WRITING ON BACK**): I am still being forced onto another Religion's Religious dietary practice, since 2014. This Special Religious diet is specifically towards the Hare Krishna, Brahman dietary tenets with a Rabbi Priest who don't represent my sincerely held God Centered Culture of Islam. Which I am being coerce and substantially pressured on to practice this diet and to eat soy texturized protein which is forbidden in my way of life of Islam that violate my Pescetarian dietary tenet. Those who are involved are indifferenced to my God Centered Culture of Islam and my Pescetarian dietary practice just to appease the Hare Krishna and the Brahman dietary tenets. My First Amendment rights to practice my way of life per dietary practice is being violated against.

**Relief Sought (state what you want):**
Redress/Recourse: To be severed from this Religious Special Diet by establishing my Pescetarian dietary tenet based on my sincerely held God Centered Culture of Islam. Severance and nothing else would not suffice.

*Ricky Pendleton*
Inmate's Signature                    (The inmate may attach one 8.5 x 11 sheet if necessary, at this level only)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**Unit Manager or Director of Inmate Services Response** (attach additional sheet if needed)

Accepted _____   Rejected _____   Reason for Rejection: _____ Date:_____

**Response on Merits if accepted:** *Please see attached memo from Aramark Natasha Miles.*

*Richard Ben Jones*
Signature      10-20-21

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Resolved _____ (If so initial and give a copy to Unit Manager Director of Inmate Services)   Appealed to Superintendent RVP (initial) Date: Oct. 21, 2021

If no response at initial level is included the inmate certifies that he/she has tendered this grievance as indicated above and no response has been issued at that level within the time frames set forth in Policy Directive 335.00

_____          _____
Inmate's Signature                              Date

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**Action by Superintendent:**

Accepted ___✓___   Rejected _____   Reason for Rejection: _____ Date:_____

Response on Merits if accepted: ___ Remand to Unit for further action  ✓ Affirm unit and/or deny grievance  ___ Grant the Grievance as specified

Comments *See attached response.*

_____          OCT 25 2021   (Attach additional sheet if necessary)
Superintendent's Signature       Date

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Resolved: _____ (If so initial and give a copy to Unit Manager or Director of Inmate Services)   Appealed to Commissioner RVP Oct 27, 2021

If no response at Superintendent's level is included, the inmate certifies that he/she has tendered this grievance as indicated above and no response has been issued at that level within the time frames set forth in Policy Directive 335.00

_____
Inmate's Signature

* * * * * * * * * * * * * *
**Action by Commissioner:**

Accepted _____   Rejected _____

Response on Merits if accepted: ___ Affirm Superintendent and deny grievance  (Affix final stamp)   ___ Other, memo attached.

**Affirmed**
**Grievance Denied**
**Central Office**
**Grievance Review**

Date:_____

WARDEN'S OFFICE
MOCC
OCT 21 2021
RECEIVED



# ARAMARK
# CORRECTIONAL SERVICES

## MOUNT OLIVE CORRECTIONAL COMPLEX & JAIL

1 Mountainside Way
Mount Olive, West Virginia 25185
Telephone: (304) 442-2455 – Fax: (304) 442-2456

To:     Ricky Pendleton #3572914

From:   Natasha Miles, FSD

Date:   October 15, 2021

RE:     Grievance # 21-MOCC-ST-383

Answer:

The DCR mandated religious diet does meet nutritional and religious requirements of all religions.  You may choose to partake in the religious diet, or a regular diet.  It is your decision

RECEIVED

WARDEN'S OFFICE
MOCC

OCT 2 1 2021

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON

**RICKY VINCENT PENDLETON,**

    *Plaintiff,*

v.

    Civil Action No. 2:22-CV-00178

**BETSY C. JIVIDEN**, Commissioner,
WV Division of Corrections and Rehabilitation,
**CLARENCE J. RIDER**, Religious Service Director,
WV Division of Corrections and Rehabilitation, and
**DONNIE AMES**, Superintendent, Mount Olive
Correctional Complex and Jail,

    *Respondents'.*

## **EXHIBIT - B -**

**PLAINTIFF'S March 20th 2007 Religious Special Request Authorization Form**

Exhibit B

Policy Directive 510.00
01 July 2006
Attachment #2

## West Virginia Division of Corrections
## Religious Special Diet Request and Authorization Form

Inmate Name: _Ricky Pendleton_   DOC#: _41024_

Date: _____   Official name of your religion: _Islamic_

X   Select Religious Diet Type: (Circle only one)

(No Flesh)               No Pork

Reason for Request:

Do not consume beef, turkey, chicken or any other animal, however will
consume fish under 50 lbs.
NO CUSTOMIZED MEALS - Goole

**Statement of Understanding:** I understand that I am requesting a special diet based upon my religious beliefs. If approved, I agree to remain in compliance with this diet. I understand that should I be found to be in non-compliance, this request will be reviewed by the Chaplain/Coordinator and I will be subject to counseling and possible revocation of any approval.

X _Ricky Pendleton_                    X _March 20, 2007_
**Inmate Signature**                         **Date**

☐ Approved (effective date of approval): _____)

☐ Disapproved

Comments: _Approved for No Flesh - Do Not_
_Customize Meal._

_C. Riffe / RSC_                    _21 March '07_
**Authorizing Religious Personnel**          **Date**

Original: Classification File
cc: Inmate, Food Service Manager, Unit Team, AWO, AWP, Religious File, Medical

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON

**RICKY VINCENT PENDLETON,**

    *Plaintiff,*

v.

Civil Action No. 2:22-CV-00178

**BETSY C. JIVIDEN**, Commissioner,
WV Division of Corrections and Rehabilitation,
**CLARENCE J. RIDER**, Religious Service Director,
WV Division of Corrections and Rehabilitation, and
**DONNIE AMES**, Superintendent, Mount Olive
Correctional Complex and Jail,

    *Respondents'.*

## **EXHIBIT - C -**

### **PLAINTIFF'S Policy directive §511.00 Attachment #1: Brahman's Diet**

**APPROVED FOR INMATE VIEWING**

POLICY DIRECTIVE 511.00
01 May 2014
ATTACHMENT #1

## The Brahman Diet

This diet is familiar to many Americans as that promoted by the Hare Krishna community and it is the diet members of the Brahman caste are expected to adhere to in India and elsewhere. The objective is to emphasize sattvic foods, minimize rajasic foods, and eliminate tamasic foods.

- Meat is forbidden along with all meat products.

- Eggs are forbidden.

- Milk and milk products are permitted, butter, yogurt, cream, etc. (but in India they're very expensive).

- Cheese must not be coagulated with rennet (an animal product). In India, the acid coagulated cheese panir predominates. It is roughly the same as hoop cheese, a form of farmer's cheese, with more of the liquid squeezed out.

- Onions are forbidden along with all other members of the *Allium* genus, including garlic, scallions, chives, shallots, etc.

- Mushrooms are forbidden along with all other fungi.

- Stimulants - coffee, tea, etc. are rajastic and to be avoided as they interfere with meditation.

- Alcohol - no.

There are, of course, exceptions. In Kashmir, Brahmans eat meat (though not beef) and to a lesser extent in Orissa, Bengal, and Maharashtra where eggs, fish, chicken, and even lamb and goat may also be included.

**Tamas, Rajas and Sattva.** - these Ayurvedic "vibrations" are characteristics of various foods and affect both the physical and astral bodies. This is the root theory behind various Hindu food customs.

- Tamasic (heavy) foods such as meat and fermented foods (including alcohol) promote dullness and inertia.

- Rajasic (expanding) foods including onions, garlic, hot spices, stimulants, fish, eggs and salt are thought excite intellect and passion which interfere with meditation.

- Sattvic (ascending) foods including fruits, vegetables, and grains are thought to promote transcendence, sublimity, and orderliness.

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON**

**RICKY VINCENT PENDLETON,**

    *Plaintiff,*

v.                                        Civil Action No. 2-22-CN-00178

**BETSY C. JIVIDEN**, Commissioner,
WV Division of Corrections and Rehabilitation,
**CLARENCE J. RIDER**, Religious Service Director,
WV Division of Corrections and Rehabilitation, and
**DONNIE AMES**, Superintendent, Mount Olive
Correctional Complex and Jail,

    *Respondents'.*

**EXHIBIT - D -**

**PLAINTIFF'S February 27th 2014 The New Religious Special Diet Program and Authorization form**

Policy Directive 511.00
01 December 2013
Attachment #2

# APPROVED FOR INMATE VIEWING

## West Virginia Division of Corrections
## Religious Special Diet Request and Authorization Form

*Inmate Name:* Ricky Pendleton          *DOC#:* 41024

*Date:* February 27, 2014 *Official Name of Your Religion:* Islamic

*Reason for Request*:

My Religious tenets do not permit eating of: Pork; Red meat; Poultry. Can eat fish. Allergic to Soy Products.

*Statement of Understanding*: I understand that I am requesting a religious special diet based upon my declared religious beliefs. If approved, I agree to remain in compliance with this diet. I understand that this request is subject to be reviewed for compliance by the Chaplain/Designated Staff Person. If it is determined I have not complied with my religious special diet, I understand I will be subject to counseling and possible progressive sanctions. These progressive sanctions for non-compliance may include: a written warning, a one (1) month suspension, and/or a one (1) year suspension.

Ricky Pendleton                          February 27, 2014
*Inmate Signature*                        *Date*
Signing out of duress

[✓] Approved (effective date of approval: 27 February 2014          )

[ ] Disapproved

Comments:

Approved for Religious Special Diet only. No special concessions granted. Non-Flesh until new diet goes into effect

Debra ___                                27 February 2014
*Chaplain/Designated Staff Person*        *Date*

Original: Classification File          cc: Religious Services Department File, Food Service

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**RICKY VINCENT PENDLETON,**

      *Plaintiff,*

v.                                Civil Action No. 2:22-CV-00178

**BETSY C. JIVIDEN**, Commissioner,
WV Division of Corrections and Rehabilitation,
**CLARENCE J. RIDER**, Religious Service Director,
WV Division of Corrections and Rehabilitation, and
**DONNIE AMES**, Superintendent, Mount Olive
Correctional Complex and Jail,

      *Respondents'.*

**EXHIBIT - E -**

**PLAINTIFF'S MEDICAL RECORD**

Policy Directive 424.01
01 January 2004
Attachment #1

## INMATE MEDICAL SERVICES REQUEST
(Inmate to fill out top of Part A)

PART A:

NAME: Kirk Pendleton _____ HOUSING UNIT: Oak-2 _____ DATE January 4, 2019

NUMBER 61102 _____

REASON FOR REQUEST
I am having a Allergy problem that the symptom is very hard to _____

RESPONSE (To be completed by medical personnel)

Refer to RSC - Enrolled (JJ) 1-5-19                    Seen 1/8/19

_____                    1/8/19
Medical Personnel Signature                              Date

***********************************PART A***********************************

APPROVED FOR INMATE VIEW

RECEIVED
FEB 27
By _DT_

Policy Directive 424.01
01 January 2004
Attachment #1

## INMATE MEDICAL SERVICES REQUEST
(Inmate to fill out top of Part A)

PART A:

NAME _Ricky Pendleton_          DATE _February 26, 2014_
NUMBER _41024_          HOUSING UNIT _Pin 1_

**REASON FOR REQUEST**
_I am feeling Constipation and diarrehia when eating the_
_preparation of Soy protein / products._

**RESPONSE** – To be completed by medical personnel.

_Rfer to NSC - B5fp rn 2/27/14_

_____          _2/27/14_
Medical Personnel Signature          Date

*************************DETACH HERE*************************

PART B:

NAME _Ricky Pendleton_          DATE _2/27/14_
NUMBER _41024_          HOUSING UNIT _P1_

I understand that there will be a charge for medical services. I request the following medical services and understand that my institutional account or voluntary savings account will be charged for these services.

RECEIVED
FEB 27
By _DT_

| | | | |
|---|---|---|---|
| [✓] | 1. | Nurse Sick Call | @ $3.00 |
| [ ] | 2. | Nurse Sick Call with a Referral to a Doctor | @ $3.00 |
| [ ] | 3. | Nurse Sick Call ($3.00) with an Inmate Request Referral to a Doctor ($2.00) | @ $5.00 |
| [ ] | 4. | Non-Emergency Visit for Treatment by a Nurse | @ $3.00 |
| [ ] | 5. | Self-Inflicted or Self-Induced Injury or Illness Requiring a Nurse | @ $3.00 |
| [ ] | 6. | Self-Inflicted or Self-Induced Injury or Illness Requiring a Doctor | @ $5.00 |
| [ ] | 7. | Missed, Non-Excused Scheduled Medical Appointment | @ $3.00 |
| [ ] | 8. | A new complaint presented at an appointment that is not related to the original appointment | @ $3.00 |
| [ ] | 9. | Scheduled, Non-Referred Doctor or Optometrist Call (Medical staff sets up scheduled appointment for doctor or optometrist because an inmate requested the service.) | @ $5.00 |
| [ ] | 10. | Non-Emergency Scheduled Dental Visit | @ $5.00 |
| [ ] | 11. | Prescription Fees Per Prescription (excluding chronic care prescriptions for chronic care patients) | @ $2.00 |
| [ ] | 12. | Over the Counter Medications – Priced as established according to standard marketing practices. Separate policy and procedure shall establish doses and procedures for issue and purchase. | |
| [ ] | 13. | No Charge | |

*NOTE:* At no time will any Medical Services be denied to any inmate who cannot pay for these services.

_____          _____
Inmate's Signature          Staff Witness

APPROVED FOR INMATE VIEWING

RECEIVED
MAR 0 7
By KH

Policy Directive 424.01
01 January 2004
Attachment #1

## INMATE MEDICAL SERVICES REQUEST
(Inmate to fill out top of Part A)

**PART A:**

NAME Ricky Pendleton        DATE March 7, 2014
NUMBER 41024        HOUSING UNIT

**REASON FOR REQUEST**

I have done as requested, this is a follow-up where I am still having Constipation problems after ingesting Soy protein product along with other reactions pains, nausea. The mylanta did not work

**RESPONSE -- To be completed by medical personnel.**

3/11/14 - Refer to NS CA/provider

_____        _____
Medical Personnel Signature        Date 3/11/14

******************************DETACH HERE******************************

**PART B:**

NAME_____        DATE_____
NUMBER_____        HOUSING UNIT_____

I understand that there will be a charge for medical services. I request the following medical services and understand that my institutional account or voluntary savings account will be charged for these services.

| | | | | |
|---|---|---|---|---|
| [ ] | 1. | Nurse Sick Call | @ | $3.00 |
| [ ] | 2. | Nurse Sick Call with a Referral to a Doctor | @ | $3.00 |
| [ ] | 3. | Nurse Sick Call ($3.00) with an Inmate Request Referral to a Doctor ($2.00) | @ | $5.00 |
| [ ] | 4. | Non-Emergency Visit for Treatment by a Nurse | @ | $3.00 |
| [ ] | 5. | Self-Inflicted or Self-Induced Injury or Illness Requiring a Nurse | @ | $3.00 |
| [ ] | 6. | Self-Inflicted or Self-Induced Injury or Illness Requiring a Doctor | @ | $5.00 |
| [ ] | 7. | Missed, Non-Excused Scheduled Medical Appointment | @ | $3.00 |
| [ ] | 8. | A new complaint presented at an appointment that is not related to the original appointment | @ | $3.00 |
| [ ] | 9. | Scheduled, Non-Referred Doctor or Optometrist Call (Medical staff sets up scheduled appointment for doctor or optometrist because an inmate requested the service.) | @ | $5.00 |
| [ ] | 10. | Non-Emergency Scheduled Dental Visit | @ | $5.00 |
| [ ] | 11. | Prescription Fees Per Prescription (excluding chronic care prescriptions for chronic care patients) | @ | $2.00 |
| [ ] | 12. | Over the Counter Medications -- Priced as established according to standard marketing practices. Separate policy and procedure shall establish doses and procedures for issue and purchase. | | |
| [✓] | 13. | No Charge | | |

RECEIVED
MAR 0 7
By KH

*NOTE: At no time will any Medical Services be denied to any inmate who cannot pay for these services.*

_____        _____
Inmate's Signature        Staff Witness

Policy Directive 424.01
February 2004
Attachment #1

RECEIVED
MAR 26
By DT

## INMATE MEDICAL SERVICES REQUEST
(Inmate to fill out top of Part A)

PART A:

NAME Ricky Pendleton        DATE March 25, 2014

NUMBER 41024        HOUSING UNIT Pine

REASON FOR REQUEST Follow up. I'm still having abdominal pain and constipation from eating the soy food. Requesting for a diet change. this will not violate my Religious people.

RESPONSE (To be completed by medical personnel)

Refer to NSC 3/26/14

_____        3/26/14
Medical Personnel Signature        Date

**************************DETACH HERE**************************

PART B:

NAME Ricky Pendleton        DATE 3/24/14

NUMBER 41024        HOUSING UNIT Pine

I understand that there will be a charge for medical services, I request the following medical services and understand that the institutional account or voluntary savings account will be charged for these services.

|   |     |                                                                                      |   |        |
|---|-----|--------------------------------------------------------------------------------------|---|--------|
| { } | 1.  | Nurse Sick Call                                                                      | @ | $3.00  |
| { } | 2.  | Nurse Sick Call with a Referral to a Doctor                                          | @ | $3.00  |
| { } | 3.  | Nurse Sick Call ($3.00) with an Inmate Request                                       |   |        |
|   |     | Referral to a Doctor ($2.00)                                                          | @ | $5.00  |
| { } | 4.  | Non-Emergency Visit for Treatment by a Nurse                                          | @ | $3.00  |
| { } | 5.  | Self-Inflicted or Self-Induced Injury or Illness Requiring a Nurse                    | @ | $3.00  |
| { } | 6.  | Self-Inflicted or Self-Induced Injury or Illness Requiring a Doctor                   | @ | $5.00  |
| { } | 7.  | Missed, Non-Excused Scheduled Medical Appointment                                     | @ | $3.00  |
| { } | 8.  | A new complaint presented at an appointment that is not related to the original appointment | @ | $3.00  |
| { } | 9.  | Scheduled, Non-Referred Doctor or Optometrist Call (Medical staff sets up scheduled appointment for doctor or optometrist because an inmate requested the service.) |   |        |
| { } | 10. | Non-Emergency Scheduled Dental Visit                                                 | @ | $5.00  |
| { } | 11. | Prescription Fees Per Prescription (excluding chronic care prescriptions for chronic care patients) | @ | $5.00  |
| { } | 12. | Over the Counter Medications – Priced as established according to standard marketing prices. Separate policy and procedure shall establish doses and procedures for issue and purchase | @ | $2.00  |
| (X) | 13. | No Charge                                                                            |   |        |

RECEIVED
MAR 26
By DT

*Note: At no time will any Medical Services be denied to any inmate who cannot pay for these services.*

_____        _____
Inmate's Signature        Staff Witness

RECEIVED
MAY 04
By _KG_

Policy Directive 424.01
01 January 2004
Attachment #1

## INMATE MEDICAL SERVICES REQUEST
(Inmate to fill out top of Part A)

**PART A:**

NAME _Ricky Pendleton_

NUMBER _41034_               HOUSING UNIT _S Pod_      DATE _May 4, 2014_

REASON FOR REQUEST

Follow up. I am still having pain in my abdomen and having constipation problems while eating Suf products. You can contact Debra Hill in the chaplain office to verify. My diet change upon diet order in medical will not interfere with religious practice.

RESPONSE (To be completed by medical personnel)

NSC

_Barry RN_                                          _5/6/14_
Medical Personnel Signature                          Date

**************************DETACH HERE**************************

**PART B:**

NAME _Ricky Pendleton_

NUMBER _41034_               HOUSING UNIT _S_        DATE

I understand that there will be a charge for medical services. I request the following medical services and understand that me institutional account or voluntary savings account will be charged for these services.

| | | | | |
|---|---|---|---|---|
| (X) | 1. | Nurse Sick Call | | |
| [ ] | 2. | Nurse Sick Call with a Referral to a Doctor | @ | $3.00 |
| [ ] | 3. | Nurse Sick Call ($3.00) with an Inmate Request Referral to a Doctor ($2.00) | @ | $3.00 |
| [ ] | 4. | Non-Emergency Visit for Treatment by a Nurse | @ | $5.00 |
| [ ] | 5. | Self-Inflicted or Self-Induced Injury or Illness Requiring a Nurse | @ | $3.00 |
| [ ] | 6. | Self-Inflicted or Self-Induced Injury or Illness Requiring a Doctor | @ | $3.00 |
| [ ] | 7. | Missed, Non-Excused Scheduled Medical Appointment | @ | $5.00 |
| [ ] | 8. | A new complaint presented at an appointment that is not related to the original appointment | @ | $3.00 |
| [ ] | 9. | Scheduled, Non-Referred Doctor or Optometrist Call (Medical staff sets up scheduled appointment for doctor or optometrist because an inmate requested the service.) | @ | $3.00 |
| [ ] | 10. | Non-Emergency Scheduled Dental Visit | @ | $5.00 |
| [ ] | 11. | Prescription Fees Per Prescription (excluding chronic care prescriptions for chronic care patients) | @ | $5.00 |
| [ ] | 12. | Over the Counter Medications – Priced as established according to standard marketing prices. Separate policy and procedure shall establish doses and procedures for issue and purchase | @ | $2.00 |
| [ ] | 13. | No Charge | | |

*Note: At no time will any Medical Services be denied to any Inmate who cannot pay for these services.*

_____          _Barry RN_
Inmate's Signature                    Staff Witness

Policy Directive 424.01
31 January 2004
Attachment #1

RECEIVED
MAY 29
MB

## INMATE MEDICAL SERVICES REQUEST
(Inmate to fill out top of Part A)

**PART A:**

NAME Ricky Pendleton          DATE May 28, 2014

NUMBER 41024          HOUSING UNIT Stuart

REASON FOR REQUEST

I am still having Constipation and abdominal pain I am tired to eat the soy because I have nothing else to eat. The MDR is willing to accommodate and replace my diet by replacing the soy with something else upon a diet order medically. I am trying to resolve this matter.

RESPONSE (To be completed by medical personnel):

Shall[y] Refer to NSC A kimaider

Bay RN          6/2/14
Medical Personnel Signature          Date

******************************DETACH HERE******************************

**PART B:**

NAME Ricky Pendleton          DATE

NUMBER 41024          HOUSING UNIT St

I understand that there will be a charge for medical services. I request the following medical services and understand that the institutional account or voluntary savings account will be charged for these services.

RECEIVED
MAY 29
MB

| | | | |
|---|---|---|---|
| [ ] | 1. | Nurse Sick Call | @   $3.00 |
| [ ] | 2. | Nurse Sick Call with a Referral to a Doctor | @   $3.00 |
| [ ] | 3. | Nurse Sick Call ($3.00) with an Inmate Request Referral to a Doctor ($2.00) | |
| [ ] | 4. | Non-Emergency Visit for Treatment by a Nurse | @   $5.00 |
| [ ] | 5. | Self-Inflicted or Self-Induced Injury or Illness Requiring a Nurse | @   $3.00 |
| [ ] | 6. | Self-Inflicted or Self-Induced Injury or Illness Requiring a Doctor | @   $5.00 |
| [ ] | 7. | Missed, Non-Excused Scheduled Medical Appointment | @   $3.00 |
| [ ] | 8. | A new complaint presented at an appointment that is not related to the original appointment | @   $3.00 |
| [ ] | 9. | Scheduled, Non-Referred Doctor or Optometrist Call (Medical staff sets up scheduled appointment for doctor or optometrist because an inmate requested the service.) | @   $5.00 |
| [ ] | 10. | Non-Emergency Scheduled Dental Visit | @   $5.00 |
| [ ] | 11. | Prescription Fees Per Prescription (excluding chronic care prescriptions for chronic care patients) | @   $2.00 |
| [ ] | 12. | Over the Counter Medications – Priced as established according to standard marketing prices. Separate policy and procedure shall establish doses and procedures for issue and purchase | |
| [X] | 13. | No Charge | |

*Note: At no time will any Medical Services be denied to any inmate who cannot pay for these services.*

_____          Bay RN
Inmate's Signature          Staff Witness

APPROVED FOR INMATE VIEWING

Policy Directive 424.01
01 January 2004
Attachment #1

JUN 13

By _____ DT

## INMATE MEDICAL SERVICES REQUEST
(Inmate to fill out top of Part A)

PART A:

NAME _Ricky Pendleton_          DATE _June 12, 2014_
NUMBER _41024_          HOUSING UNIT _Stuart_

**REASON FOR REQUEST**
I am still going through constipation and there is pain in my abdomenal
area as well need to resilia the ____.

**RESPONSE** – To be completed by medical personnel.

6/13/14 - Refer to NSC A Kincaid PA

_____          6-16-14
Medical Personnel Signature          Date

*************************DETACH HERE*************************

PART B:

NAME _Ricky Pendleton_          DATE _6/13/14_
NUMBER _41024_          HOUSING UNIT _ST_

I understand that there will be a charge for medical services.  I request the following medical services and understand
that my institutional account or voluntary savings account will be charged for these services.

JUN 13

DT

| | | | |
|---|---|---|---|
| [ ] | 1. | Nurse Sick Call | @ $3.00 |
| [ ] | 2. | Nurse Sick Call with a Referral to a Doctor | @ $3.00 |
| [ ] | 3. | Nurse Sick Call ($3.00) with an Inmate Request Referral to a Doctor ($2.00) | @ $5.00 |
| [ ] | 4. | Non-Emergency Visit for Treatment by a Nurse | @ $3.00 |
| [ ] | 5. | Self-Inflicted or Self-Induced Injury or Illness Requiring a Nurse | @ $3.00 |
| [ ] | 6. | Self-Inflicted or Self-Induced Injury or Illness Requiring a Doctor | @ $5.00 |
| [ ] | 7. | Missed, Non-Excused Scheduled Medical Appointment | @ $3.00 |
| [ ] | 8. | A new complaint presented at an appointment that is not related to the original appointment | @ $3.00 |
| [ ] | 9. | Scheduled, Non-Referred Doctor or Optometrist Call (Medical staff sets up scheduled appointment for doctor or optometrist because an inmate requested the service.) | @ $5.00 |
| [ ] | 10. | Non-Emergency Scheduled Dental Visit | @ $5.00 |
| [ ] | 11. | Prescription Fees Per Prescription (excluding chronic care prescriptions for chronic care patients) | @ $2.00 |
| [ ] | 12. | Over the Counter Medications – Priced as established according to standard marketing practices.  Separate policy and procedure shall establish doses and procedures for issue and purchase. | |
| [ ] | 13. | No Charge | |

*NOTE:  At no time will any Medical Services be denied to any inmate who cannot pay for these services.*

_____          _____
Inmate's Signature          Staff Witness

Policy Directive 424.01
01 January 2004
Attachment #1

JUN 24
DT

## INMATE MEDICAL SERVICES REQUEST
(Inmate to fill out top of Part A)

**PART A:**

NAME Ricky Pendleton
NUMBER 41024          HOUSING UNIT Stuart 2          DATE June 23, 201X

REASON FOR REQUEST
Follow-up on the abdominal X-ray

RESPONSE (To be completed by medical personnel)

_Medical Personnel Signature_          6-24-16
_Date_

**************************DETACH HERE**************************

**PART B:**

NAME Ricky Pendleton
NUMBER 41024          HOUSING UNIT St 2          DATE 6/24/14

I understand that there will be a charge for medical services. I request the following medical services and understand that me institutional account or voluntary savings account will be charged for these services.

| | | | | |
|---|---|---|---|---|
| [ ] | 1. | Nurse Sick Call | | |
| [ ] | 2. | Nurse Sick Call with a Referral to a Doctor | @ | $3.00 |
| [ ] | 3. | Nurse Sick Call ($3.00) with an Inmate Request Referral to a Doctor ($2.00) | @ | $3.00 |
| [ ] | 4. | Non-Emergency Visit for Treatment by a Nurse | @ | $5.00 |
| [ ] | 5. | Self-Inflicted or Self-Induced Injury or Illness Requiring a Nurse | @ | $3.00 |
| [ ] | 6. | Self-Inflicted or Self-Induced Injury or Illness Requiring a Doctor | @ | $3.00 |
| [ ] | 7. | Missed, Non-Excused Scheduled Medical Appointment | @ | $5.00 |
| [ ] | 8. | A new complaint presented at an appointment that is not related to the original appointment | @ | $3.00 |
| [ ] | 9. | Scheduled, Non-Referred Doctor or Optometrist Call (Medical staff sets up scheduled appointment for doctor or optometrist because an inmate requested the service.) | @ | $3.00 |
| [ ] | 10. | Non-Emergency Scheduled Dental Visit | @ | $5.00 |
| [ ] | 11. | Prescription Fees Per Prescription (excluding chronic care prescriptions for chronic care patients) | @ | $5.00 |
| [ ] | 12. | Over the Counter Medications – Priced as established according to standard marketing prices. Separate policy and procedure shall establish doses and procedures for issue and purchase | @ | $2.00 |
| [ ] | 13. | No Charge | | |

*Note: At no time will any Medical Services be denied to any inmate who cannot pay for these services.*

_____          _____
Inmate's Signature          Staff Witness

APPROVED FOR INMATE VIEW

Policy Directive 424.01
01 January 2004
Attachment #1

RECEIVED
AUG 06
DT By

## INMATE MEDICAL SERVICES REQUEST
(Inmate to fill out top of Part A)

**PART A:**

NAME *Ricky Pendleton*     DATE *August 5, 2014*
NUMBER *41024*     HOUSING UNIT *Stuart*

**REASON FOR REQUEST**

*I am having gastric Problem after eating the soy, the constipation is bloating gas from coming out which leads to having abdominal pain as well I am still having problems with this soy base diet.*

**RESPONSE – To be completed by medical personnel.**

*8/6/14 Refer to NSC Akincaider*

_____     _____
Medical Personnel Signature     Date
    *8/6/14*

***************************DETACH HERE***************************

**PART B:**

NAME *Ricky Pendleton*     DATE *8/6/14*
NUMBER *41024*     HOUSING UNIT *St*

I understand that there will be a charge for medical services. I request the following medical services and understand that my institutional account or voluntary savings account will be charged for these services.

RECEIVED
AUG 06
DT By

| | | | |
|---|---|---|---|
| [ ] 1. | Nurse Sick Call | @ | $3.00 |
| [ ] 2. | Nurse Sick Call with a Referral to a Doctor | @ | $3.00 |
| [ ] 3. | Nurse Sick Call ($3.00) with an Inmate Request | | |
| | Referral to a Doctor ($2.00) | @ | $5.00 |
| [ ] 4. | Non-Emergency Visit for Treatment by a Nurse | @ | $3.00 |
| [ ] 5. | Self-Inflicted or Self-Induced Injury or Illness Requiring a Nurse | @ | $3.00 |
| [ ] 6. | Self-Inflicted or Self-Induced Injury or Illness Requiring a Doctor | @ | $5.00 |
| [ ] 7. | Missed, Non-Excused Scheduled Medical Appointment | @ | $3.00 |
| [ ] 8. | A new complaint presented at an appointment that is not related | | |
| | to the original appointment | @ | $3.00 |
| [ ] 9. | Scheduled, Non-Referred Doctor or Optometrist Call | | |
| | (Medical staff sets up scheduled appointment for | | |
| | doctor or optometrist because an inmate requested the | | |
| | service.) | | |
| [ ] 10. | Non-Emergency Scheduled Dental Visit | @ | $5.00 |
| [ ] 11. | Prescription Fees Per Prescription (excluding chronic care prescriptions | | |
| | for chronic care patients) | @ | $2.00 |
| [ ] 12. | Over the Counter Medications – Priced as established | | |
| | according to standard marketing practices. Separate policy | | |
| | and procedure shall establish doses and procedures for issue | | |
| | and purchase. | | |
| [✓] 13. | No Charge | | |

*NOTE: At no time will any Medical Services be denied to any inmate who cannot pay for these services.*

_____     _____
Inmate's Signature     Staff Witness

Reid 9-8-14 OSB

## INMATE MEDICAL SERVICES REQUEST
(Inmate to fill out top of Part A)

RECEIVED
SEP 08
By MK

**PART A:**

NAME Ricky Pendleton                    DATE September 8, 2014

NUMBER 4102Y            HOUSING UNIT Q2 - 606

REASON FOR REQUEST

The Constipation, abdominal pain and the serious gas is reoccurring even after taking the stool softener pill. This problem is going to reoccur until my situation is to avoid eating Soy products. Food Service will accommodate Non-Soy diet tray upon a diet order. I request to see a Doctor. Thank you

RESPONSE (To be completed by medical personnel.)

Refer to MDSC
Per Pts Request.

Refer to NSC - 9/8/14 ajm cty

K. Foster Lpn                    9/10/14
Medical Personnel Signature                    Date

**************************************DETACH HERE**************************************

**PART B:**

NAME Ricky Pendleton                    DATE September 8, 2014

NUMBER 4102Y            HOUSING UNIT Q2 - 606

I understand that there will be a charge for medical services. I request the following medical services and understand that my institutional account or voluntary savings account will be charged for these services.

RECEIVED
SEP 08
By MK

| | | | |
|---|---|---|---|
| [ ] | Nurse Sick Call | @ | $3.00 |
| [ ] | Nurse Sick Call ($3.00) with Referral to Doctor ($2.00) | @ | $5.00 |
| [ ] | Non-Emergency Visit for Treatment by Nurse | @ | $3.00 |
| [ ] | Self-Inflicted/Self-Induced Injury/Illness Requiring Nurse | @ | $3.00 |
| [X] | Self-Inflicted/Self-Induced Injury/Illness Requiring Doctor | @ | $5.00 |
| [ ] | Missed Non-Excused Scheduled Appointment | @ | $3.00 |
| [ ] | New Complaint Presented at Appointment and Not Related to Original Appointment | @ | $3.00 |
| [ ] | Scheduled Non-Referred Doctor or Optometrist Call | @ | $5.00 |
| [ ] | Non-Emergency Scheduled Dental Visit | @ | $5.00 |
| [ ] | Fee Per Prescription (excluding chronic care prescriptions for chronic care patients) | @ | $2.00 |
| [ ] | Over-the-Counter Medications - Priced as established according to standard marketing practices. | | |
| [ ] | No Charge | | |

NOTE: At no time will any Medical Services be denied to any inmate who cannot pay for these services.

Rec'd 10/18/14

# INMATE MEDICAL SERVICES REQUEST
## (Inmate to fill out top of Part A)

PART A:

NAME Ricky Pendleton _____ DATE October 18, 2014

NUMBER 41024 _____ HOUSING UNIT Q-2   711

REASON FOR REQUEST

Need a non-soy diet order due to reoccurrence of abdominal pains, gas pains, constipation each time treatment expires and I eat the Soy foods. I would also get nausea and vomit at times.

RESPONSE (To be completed by medical personnel.)

_____

_____

_____

_____

V. Foster, LPN _____
**Medical Personnel Signature**

10/22/14 _____
Date

*****************DETACH HERE*****************

PART B:

Policy Directive 424.01
01 January 2004
Attachment #1

## INMATE MEDICAL SERVICES REQUEST
(Inmate to fill out top of Part A)

PART A:

NAME Ricky Pendleton                                    DATE October 4, 2021
NUMBER 3572914                        HOUSING UNIT Stuart 2L)

**REASON FOR REQUEST**

Follow-up: I am still having pain in my stomach from eating the Soy
as far as my diet and the laxative does not work, this is not an upset stomach

RESPONSE (To be completed by medical personnel)   Face to face in NSC 10/5/2

_____
_____
_____
_____
_____

_____                          _____
Medical Personnel Signature                          Date

*******************************DETACH HERE*******************************

PART B:

NAME_____  DATE_____
NUMBER_____  HOUSING UNIT_____

I understand that there will be a charge for medical services. I request the following medical services and understand that the institutional account or voluntary savings account will be charged for these services.

| | | | | |
|---|---|---|---|---|
| [ ] | 1. | Nurse Sick Call | @ | $3.00 |
| [ ] | 2. | Nurse Sick Call with a Referral to a Doctor | @ | $3.00 |
| [ ] | 3. | Nurse Sick Call ($3.00) with an Inmate Request | | |
| | | Referral to a Doctor ($2.00) | @ | $5.00 |
| [ ] | 4. | Non-Emergency Visit for Treatment by a Nurse | @ | $3.00 |
| [ ] | 5. | Self-Inflicted or Self-Induced Injury or Illness Requiring a Nurse | @ | $3.00 |
| [ ] | 6. | Self-Inflicted or Self-Induced Injury or Illness Requiring a Doctor | @ | $5.00 |
| [ ] | 7. | Missed, Non-Excused Scheduled Medical Appointment | @ | $3.00 |
| [ ] | 8. | A new complaint presented at an appointment that is not related | | |
| | | to the original appointment | @ | $3.00 |
| [ ] | 9. | Scheduled, Non-Referred Doctor or Optometrist Call | | |
| | | (Medical staff sets up scheduled appointment for | | |
| | | doctor or optometrist because an inmate requested the | | |
| | | service.) | @ | $5.00 |
| [ ] | 10. | Non-Emergency Scheduled Dental Visit | @ | $5.00 |
| [ ] | 11. | Prescription Fees Per Prescription (excluding chronic care prescriptions | | |
| | | for chronic care patients) | @ | $2.00 |
| [ ] | 12. | Over the Counter Medications -- Priced as established | | |
| | | according to standard marketing prices. Separate policy | | |
| | | and procedure shall establish doses and procedures for issue | | |
| | | and purchase | | |
| [ ] | 13. | No Charge | | |

*Note: At no time will any Medical Services be denied to any inmate who cannot pay for these services.*

_____                          _____
Inmate's Signature                                Staff Witness

Policy Directive 424.01
01 January 2004
Attachment #1

## INMATE MEDICAL SERVICES REQUEST
### (Inmate to fill out top of Part A)

PART A:

NAME Ricky Pendleton            DATE Sept. 30, 2021

NUMBER 357294          HOUSING UNIT Stuart 2B

**REASON FOR REQUEST**

I am having pain in my stomach from eating the soy in the Kitchen. The laxative does not work. I'm requesting a no-soy allergy diet. because this is going to keep coming up.

**RESPONSE (To be completed by medical personnel)** Face to face in NSC 10/1/21

Medical Personnel Signature                    Date

*******************************DETACH HERE*******************************

PART B:

NAME_____                    DATE_____

NUMBER_____    HOUSING UNIT_____

I understand that there will be a charge for medical services. I request the following medical services and understand that me institutional account or voluntary savings account will be charged for these services.

| | | | | |
|---|---|---|---|---|
| [ ] | 1. | Nurse Sick Call | @ | $3.00 |
| [ ] | 2. | Nurse Sick Call with a Referral to a Doctor | @ | $3.00 |
| [ ] | 3. | Nurse Sick Call ($3.00) with an Inmate Request | | |
| | | Referral to a Doctor ($2.00) | @ | $5.00 |
| [ ] | 4. | Non-Emergency Visit for Treatment by a Nurse | @ | $3.00 |
| [ ] | 5. | Self-Inflicted or Self-Induced Injury or Illness Requiring a Nurse | @ | $3.00 |
| [ ] | 6. | Self-Inflicted or Self-Induced Injury or Illness Requiring a Doctor | @ | $5.00 |
| [ ] | 7. | Missed, Non-Excused Scheduled Medical Appointment | @ | $3.00 |
| [ ] | 8. | A new complaint presented at an appointment that is not related | | |
| | | to the original appointment | @ | $3.00 |
| [ ] | 9. | Scheduled, Non-Referred Doctor or Optometrist Call | | |
| | | (Medical staff sets up scheduled appointment for | | |
| | | doctor or optometrist because an inmate requested the | | |
| | | service.) | @ | $5.00 |
| [ ] | 10. | Non-Emergency Scheduled Dental Visit | @ | $5.00 |
| [ ] | 11. | Prescription Fees Per Prescription (excluding chronic care prescriptions | | |
| | | for chronic care patients) | @ | $2.00 |
| [ ] | 12. | Over the Counter Medications - Priced as established | | |
| | | according to standard marketing prices. Separate policy | | |
| | | and procedure shall establish doses and procedures for issue | | |
| | | and purchase | | |
| [ ] | 13. | No Charge | | |

*Note: At no time will any Medical Services be denied to any inmate who cannot pay for these services.*

Inmate's Signature                    Staff Witness


# Wexford Health
S O U R C E S   I N C O R P O R A T E D

## Progress Notes

| INMATE NAME: | Ricky Pendleton | ID #: 41024 |
|---|---|---|
| D.O.B. 3-30-76 | INSTITUTION: MT OLIVE CORRECTIONAL COMPLEX | |

| DATE/ TIME | DISCIPLINE ABBREVIATION | PROBLEM # TREATMENT GOAL # | REMARKS SUBJECTIVE, OBJECTIVE, ASSESSMENT, PLAN, EDUCATION |
|---|---|---|---|
| 6-16-14 | | 0940 (J) | wt 161 B/P 132/86  P 69  R-18  T 98.4 02 96% RA |
| | | | C/O feeling "BAd - tired of coming up here" Tired of this Soy situation. C/O Soy causing teeth to hurt N/V/C/D and pain. Discussed placing pt into infirmary for monitoring. Alt C/O N/V/C and Abd pain. And pt then stated he only had N/V 1x when his teeth hurt. Signed Refusal for Inf Admission. Upon examination of pt's mouth, he then denied tooth pain And stated he may have an Abscess caused by the Soy, but No pain. Only will show up on X Ray. Wants Soy D/C from Diet. States he cannot eat - 2 lb wt gain since 6-3-14 Ø wt loss. Recent labs indicate Ø dehydration. |
| | | (O) | Thin Black Male NAD A&Ox3 Mucosa moist Mucosa pink. Ø Rotated teeth c Ø tenderness. Ø Abscesses noted. RCTAB CVRR. Abd soft NT ND ⊕ BS x 4 Ø LEE |
| | | (A) | Request D/C of Soy Diet C/O Nausea, Vomiting, Diarrhea, Constipation d/t Consumption of Soy Abdominal PAIN |
| | | (P) | Unable to D/C Soy in diet d/t Religious diet Contact DOC, Regarding Same. Attempted to Admit patient to Inf for monitoring d/t N/V/C. Pt Refused and Signed AMA. Well Order And X-Ray and F/U PRN Pt Ed to ↑ H2O exercise c fiber. RTC PRN                                    Ø mar, P.A-C |
| 0845 | 6-23-14 | Addendum: Xray Report of 6-18-14 indicates |



**Wexford Health**
SOURCES INCORPORATED

## Progress Notes

| INMATE NAME: | Ricky Pendleton | ID #: 41024 |
|---|---|---|
| D.O.B. 3-30-76 | INSTITUTION: MT OLIVE CORRECTIONAL COMPLEX | |

| DATE/ TIME | DISCIPLINE ABBREVIATION | PROBLEM # TREATMENT GOAL # | REMARKS SUBJECTIVE, OBJECTIVE, ASSESSMENT, PLAN, EDUCATION |
|---|---|---|---|
| 6-23-14 | | 0845 | — Continued — "Nonspecific abdomen with no finding to suggest acute mechanical obstruction or perforation." by Dr Norman Pennington MD |
| 1/24/14 | | 0914 | Renew. Shave slip X 1 yr 2° to pseudo-folliculitis barbae. Pt requested results of 2nd XRay @ 6-18-14. Discussed same again. Pt requested soy be replaced on diet. Advised Pt unable to alter soy diet, d/t religious diet not a medical diet. RTC PRN. mag PAC |
| 8-6-14 @ | | 1150 | wt. 156 BP-100/70 P-65 R-20 T98 0% I/m still c/o "abdominal" pain from trapped gas due to constipation. Abd. UTI Consulted S.May PAC w I/m refused infirmary so his I&O's could be monitored and AMA signed. S.May ordered Colace for 30 days. Advised to ↑ water & exercise and to take Colace nightly and RTC PRN — Bry #5 |
| 9/10/14 | | 0900 | Submitted e nsc about the soy in his diet requests to keep his meds religious diet but have e order for NO-soy d/t c/o stomach upset advised him that the pt address this with him on 6/24 and that she wouldn't make adjustments to his religious diet he said that he would try to schedule e meeting with the dietician advised him to submit e nsc prn — K Futer |
| 9/10/14 | | 0900 | declined nursing protocol — K Futer |

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON

**RICKY VINCENT PENDLETON,**

     *Plaintiff,*

v.

                                        Civil Action No. 2:22-CV-0078

**BETSY C. JIVIDEN**, Commissioner,
WV Division of Corrections and Rehabilitation,
**CLARENCE J. RIDER**, Religious Service Director,
WV Division of Corrections and Rehabilitation, and
**DONNIE AMES**, Superintendent, Mount Olive
Correctional Complex and Jail,

     *Respondents'.*


## **EXHIBIT - F -**

**PLAINTIFF'S April 30th 2014 The New Religious Special Diet Program and Authorization form**

Policy Directive 511.00
01 December 2013
Attachment #2

# APPROVED FOR INMATE VIEWING

## West Virginia Division of Corrections
## Religious Special Diet Request and Authorization Form

*Inmate Name:* Ricky Pendleton          *DOC#:* 41024

*Date:* April 30, 2014     *Official Name of Your Religion:* Islamic

*Reason for Request:*

My Religious tenant is can not eat red meat, Pork, Chicken and Turkey. Can eat fish, and do have digestive problems when eating Soy products.

**Statement of Understanding:** I understand that I am requesting a religious special diet based upon my declared religious beliefs. If approved, I agree to remain in compliance with this diet. I understand that this request is subject to be reviewed for compliance by the Chaplain/Designated Staff Person. If it is determined I have not complied with my religious special diet, I understand I will be subject to counseling and possible progressive sanctions. These progressive sanctions for non-compliance may include: a written warning, a one (1) month suspension, and/or a one (1) year suspension.

Ricky Pendleton  41024                    April 30, 2014
**Inmate Signature**                         **Date**

[X] Approved (effective date of approval: 30 April 2014                    )

[ ] Disapproved

Comments:

Approved for Religious Diet only, no concessions granted.

Debra Poe                              30 April 2014
**Chaplain/Designated Staff Person**          **Date**

Original: Classification File          cc: Religious Services Department File, Food Service

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON

**RICKY VINCENT PENDLETON,**

     *Plaintiff,*

v.

Civil Action No. 2:22-CV-00178

**BETSY C. JIVIDEN**, Commissioner,
WV Division of Corrections and Rehabilitation,
**CLARENCE J. RIDER**, Religious Service Director,
WV Division of Corrections and Rehabilitation, and
**DONNIE AMES**, Superintendent, Mount Olive
Correctional Complex and Jail,

     *Respondents'.*

## **EXHIBIT - G -**

**PLAINTIFF'S Inmate Religious Accomodation Request Form**

APPROVED FOR INMATE VIEWING

Policy Directive 510.00
01 May 2014
Attachment #1

## West Virginia Division of Corrections
## Inmate Religious Accommodation Request Form

*Note: If more than one inmate is filing a request, each inmate must submit a form. If this is a group request, information must be submitted to the Chaplain or Religious Services Coordinator, who will compile information about the group request and forward the information to the Facility Religious Services Committee.*

**Inmate Name:** Ricky Pendleton          **DOC#:** #41024

**Date:** 7/10/14          **Official name of your religion:** God Centered Culture of Islam

**Give a detailed description of the requested accommodation:**

The description of the requested accommodation is that I am an ovo-lacto-vegetarian with the allowable exception of eating certain fish I cannot eat raw soy; texturized soy protein; fermented soy products; and any other processed soy products, due to having digestive problems such as nausea; abdominal pain; vomiting; and constipation. For this reason it is considered "Haram."

**Describe, in detail, your religion's basic tenets or beliefs, which you feel require that you be provided with the requested accommodation:**

My way of life is that of the Sufi Original Traditions, My God centered culture of Islam is a strict emulation of the Muhammad. The esoteric teaching of Sufism having capacity ofacquire direct experience of gnosis of the True and living God. Vegetarianism promotes compassion and harmlessness to lving creatures. My diets consist of eating only (All) vegetables, fruits and certain fish. This aids in the purification of the mind, body and the reparation of mental/inner-self.

**List any publications, which explain the religious significance of the requested accommodation:** *(You may be requested to provide a copy of listed publications to the Chaplain or Religious Services Coordinator.)*

For religious significance of why I cannot digest any soy product see: [Weston A. Price Foundation]

The Old Original traditions of the Sufi Order.

*Ricky Pendleton*          *July 10, 2014*

| Chaplain/Coordinator Signature: *Robert Lee Jones* | Date Received: 9 July 2014 |
|---|---|
| Date reviewed by Facility Religious Services Committee: | Date reviewed by Steering Committee: |

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON

**RICKY VINCENT PENDLETON,**

     *Plaintiff,*

v.                                     Civil Action No. 2:22-cv-00178

**BETSY C. JIVIDEN**, Commissioner,
WV Division of Corrections and Rehabilitation,
**CLARENCE J. RIDER,** Religious Service Director,
WV Division of Corrections and Rehabilitation, and
**DONNIE AMES**, Superintendent, Mount Olive
Correctional Complex and Jail,

     *Respondents'.*

**EXHIBIT - H -**

**PLAINTIFF'S Policy Directive §511.00 2014 version**



### STATE OF WEST VIRGINIA
### DEPARTMENT OF MILITARY AFFAIRS & PUBLIC SAFETY
### DIVISION OF CORRECTIONS



EARL RAY TOMBLIN
GOVERNOR

JIM RUBENSTEIN
COMMISSIONER

JOE C. THORNTON
SECRETARY

J. L. CHAMBERLAIN
ASSISTANT COMMISSIONER
999 ELEVENTH STREET
MOUNDSVILLE, WV 26041

## M E M O R A N D U M

**TO:**       Wardens/Administrators/Directors

**FROM**    Jim Rubenstein, Commissioner

**DATE:**   28 February 2014

**RE:**       **Policy Directive 511.00, Religious Special Diet**

On December 1, 2013, I published a memorandum concerning the above-referenced Policy Directive.  In that memorandum I advised that the Policy Directive had an effective date of 01 December 2013, but due to the need for some internal mechanisms of this Policy Directive to take place, Policy Directive 511.00 would not be implemented or utilized until 01 March 2014

However, I must inform you at this time that some of the internal mechanisms have not been completed; therefore, once these internal mechanisms are complete, a revised version of Policy Directive 511.00 will be published with an effective date and implementation date of 01 April 2014.

I trust that this information is adequate for your needs; however, if you have any questions, please do not hesitate to contact Assistant Commissioner Chamberlain.

JC/kjc

cc:    File

APPROVED FOR INMATE VIEWING

| | |
|---|---|
| **STATE OF WEST VIRGINIA** | **NUMBER:** 511.00 |
| **DIVISION OF CORRECTIONS** | **DATE:** 01 May 2014 |
| **POLICY DIRECTIVE** | **SUBJECT:** Religious Special Diet |
| | **AUTHORITY:** WV Code 25-1-5 and 62-13-4; ACA Standard 4-4517 |

---

**I.     POLICY:** It is the policy of the West Virginia Division of Corrections (WVDOC) to maintain a mechanism that ensures the availability of a religious special diet in order that members of the inmate population may pursue individual religious beliefs and practices as is consistent with the maintenance of security and good order of WVDOC institutions/facilities/centers. No inmate will be compelled to participate in any religious special diet.

**II.    CANCELLATION:** Policy Directive 511.00, dated 01 December 2013.

**III.   DEFINITIONS:**

Koshered (koshered, koshering, koshers): To make proper or ritually pure. In order to prepare meals, any utensil or surface the food comes in contact with must be koshered or the food will be rendered (TREIF) or no longer kosher. In order to render kitchen utensils and/ or cooking surfaces koshered, the items used must be submerged completely in a vessel that contains boiling water.

Halal (halal, halalled, halalling): Relates specifically to ritually slaughtered meat as prescribed by Islamic law. There are no meat products in the Kosher/Halal religious special diet. However, the meal shall be declared Halal based on the product meeting ritually pure items guidelines.

Brahman Diet: Members of the Brahman caste in India, and elsewhere, are expected to follow this diet. Members of the Hare Krishna belief follow this religious diet. This diet differs somewhat from the other diet requirements but can be managed by insuring prohibited food items are not served. Particular food item requirements for this diet includes: meat, meat products, and meat by-products are forbidden; eggs are forbidden; milk and milk products, such as butter, yogurt, cream, etc., are permitted; cheese must not be coagulated with rennet (animal product); onions and other members of the allium family, such as garlic, scallions, chives, and shallots are not allowed; mushrooms and other fungi are not allowed; stimulants such as coffee, tea, etc. are not allowed; and alcohol is prohibited (Attachment #1).

Chaplain: A paid employee of the State of West Virginia, who works in direct contact with the inmate population within a facility/institution/center to ensure that spiritual needs are met

**APPROVED FOR INMATE VIEWING**

(Section V, A, 3, 4a & b on pages 2 and 3 of Policy Directive 510.00 provides additional information on this matter).

IV.   **APPLICABILITY:**  All units within the Division of Corrections

V.   **PROCEDURE:**

    **A. GENERAL PROVISIONS**

       1. Only **one (1)** religious special diet will be created or served.

       2. Meat is never an item in the religious special diet.

       3. The Religious Special Diet is not to be used simply as a meal choice.

       4. The Religious Special Diet is not intended to provide everything an inmate of any faith may eat. The Religious Special Diet is intended to provide a nutritionally adequate meal that meets dietary **restrictions** imposed by various beliefs.

    **B. FOOD ITEMS**

       1. The entrée for the Religious Special Diet may be purchased from a recognized vendor with appropriate Kosher and/or Halal certifications. The Food Service Vendor will maintain current certifications. The product label for the entrée shall display the appropriate certification symbol(s). Copies of all current certifications shall be maintained in the Food Service Area and in Administration offices.

       2. Cereal used in the religious special diet program may be purchased in bulk. The packaging shall display the appropriate certification symbol(s).

       3. The breads used in the religious special diets and used at each meal shall display the appropriate certification symbol(s). The required number of slices (portion) is to be taken from the original packaging and placed on the appropriately colored tray during serving as needed.

       4. Fresh whole fruit and vegetables are to be broken when necessary to accomplish the proper serving size. Knives are not used in order to avoid treif contamination or violation of proper kosher food preparation.

       5. Peanut butter, cream cheese, jelly, juice and other items used daily shall display the appropriate certification symbol(s). It is recommended, where economically feasible, to purchase products individually packaged which display the appropriate certification symbol(s).

APPROVED FOR INMATE VIEWING

Policy Directive# 511.00
01 May 2014
Page 3 of 5

6. The serving trays, bowls, eating utensils, etc. are to be color coded for the Religious Special Diet. A sufficient quantity of paper/Styrofoam products and individually wrapped spoons and forks should be maintained on hand for use during a lockdown, natural disaster, or other planned or unplanned event.

7. Specific handling requirements shall be addressed by the Food Service Vendor. The Food Service Vendor will train appropriate staff and inmate food service workers in proper Kosher Food Handling procedures. Current signed training forms on the handling requirements will be maintained on site by the vendor with a copy of the signed form going to the Warden/Administrator/Designee.

8. The food handling instructions for the religious special diet will be prominently displayed in the religious special diet preparation area(s).

9. Food stuffs and preparation and serving utensils/equipment shall be appropriately stored in specifically designated areas.

## C. EQUIPMENT

1. The purpose of providing and using separate cooking, serving, and eating utensils is to avoid cross contamination of foods. These items are to be used only for the religious special diet without exception.

2. Each item is to be distinctively and permanently marked for use with the religious special diet only.

3. Equipment for the religious special diet is to be stored separately in the respective locker box, secure cabinet, or other specifically designated secure location. Food Service Staff and/or Correctional Staff are the only ones authorized to retrieve from or place items in these secure areas.

4. The Food Service Contractor shall provide a required equipment list needed to prepare and serve the Religious Special Diet.

5. When necessary, the WVDOC will request the services of a Rabbi to perform the ritual cleansing/sanctifying ceremony (kashering ceremony) for the designated utensils.

6. Replacement utensils and items improperly used will be ritually cleansed sanctified as well.

## D. PURCHASING

1. Sufficient quantities of food stuffs, while considering spoilage, and other supplies shall be maintained on hand in order to ensure there is no disruption in serving the

religious special diet in the event of a lockdown, natural disaster, or other planned or unplanned event.

2. All flavors of the Kosher/Halal entree that are available shall be purchased for each facility.

## E. MENU

1. The Food Service Registered Dietician shall develop appropriate spread sheets for the religious special diet. The meal plan may include a cold (cereal) breakfast but must include a hot prepared lunch and dinner. Spreadsheets from established programs using the Kosher/Halal product may be considered.

2. Care should be taken to provide sufficient variety in the meals.

## F. SPECIAL OCCASIONS

1. Declared members of a specific faith group may request one special meal observance per year that is accepted as a common practice of that faith. An example is the feast following the Ramadan fast.

2. Only declared members of that faith may participate.

3. In some cases, such as the feast after Ramadan, the members must have participated in required activity, such as fasting during Ramadan, in order to be eligible for participation in the special meal observance.

4. Declared members of a specific faith group may request one special entrée and one special desert for the special meal observance. All will be subject to cost restrictions and product availability. Cost for the additional special items shall be absorbed by the institution/facility/center.

5. Preparation and/or delivery of the special meal may vary according to institution/facility/center capability.

## G. INMATE DIET GUIDELINES

1. Inmates shall be afforded reasonable and equitable opportunity to observe the religious dietary practice of their faith, within considerations for security constraints and the cost effective and orderly running of the institution/facility/center. The religious diet will be designed to observe the dietary restrictions prohibiting certain food items or groups of food items. No attempt will be made to provide and serve every food item a particular religion may allow.

2. Recognizing that some food groups that different belief systems are permitted to eat will not be served in the religious special diet, an inmate may supplement his/her diet

**APPROVED FOR INMATE VIEWING**

Policy Directive# 511.00
01 May 2014
Page 5 of 5

by purchasing allowable items for himself/herself from the commissary, if they are readily available in the commissary. This does not require the commissary to carry items for specific faith groups.

3. Inmates must submit written requests for religious diets to the Chaplain or designated staff.

4. The Chaplain or designated staff member shall utilize the Religious Special Diet Request and Authorization Form to authorize a religious special diet (Attachment #2).

5. The Chaplain or designated staff member may withdraw approval for a religious diet from an inmate if the inmate is documented as being in violation of the terms of the religious diet program to which the inmate has agreed to in writing.

   a. <u>**An inmate shall not be disciplined for failure to follow a religious tenet.**</u> However, when an inmate requests this special accommodation, the WVDOC has the right to expect compliance with the religious diet program. The least restrictive means available of ensuring the integrity of the religious special diet program is to have sanctions for non-compliance. There may be periods of suspension from participation in the religious special diet program for non-compliance.

   b. Progressive sanctions for non-compliance may include: a written warning, a one (1) month suspension, and a one (1) year suspension

   c. In order to preserve the integrity and orderly operation of the religious special diet program and to prevent fraud, inmates who withdraw may not be immediately re-established back into the program. A minimum of thirty (30) days shall elapse before an inmate is permitted to withdraw from one religious special diet and beginning another religious special diet. Repeated withdrawals are subject to the same progressive sanctions used for non-compliance.

APPROVED SIGNATURE: _____    May 1, 2014
                        Jim Rubenstein, Commissioner              Date

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON

**RICKY VINCENT PENDLETON,**

       *Plaintiff,*

v.

       Civil Action No. 2:22-CV-0078

**BETSY C. JIVIDEN**, Commissioner,
WV Division of Corrections and Rehabilitation,
**CLARENCE J. RIDER**, Religious Service Director,
WV Division of Corrections and Rehabilitation, and
**DONNIE AMES**, Superintendent, Mount Olive
Correctional Complex and Jail,

       *Respondents'.*

## EXHIBIT - I -

### PLAINTIFF'S Affidavit

**COPY CERTIFICATION BY DOCUMENT CUSTODIAN:**

State of West Virginia)
                      ) Scilicet
County of Fayette     )

I, Ricky Pendleton, hereby swear that the attached reproduction of:

**AFFIDAVIT - Thirteen (13) pages @ exhibit I**

is a TRUE, CORRECT and COMPLETE copy of a document or documents in my possession and I am the custodian of said document or documents.

_Ricky Pendleton_
Signature of Custodian of Original Document(s)

c/o: #3572914-One Mountainside Way
Mount Olive Correctional Complex and Jail
Mount Olive, WV 25185

SUBSCRIBED and SWORN to before me on this_____11_____day of April_____2022.

_Richard H. Coleman_
Notary Public Signature



OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
Richard H. Coleman
State of West Virginia
1 Mountainside Way
Mount Olive, WV 25185
My Commission Expires July 31, 2024

# AFFIDAVIT

West Virginia State    )
                        ) Scilicet
County of Fayette        )

"Indeed, no more than [an affidavit] is necessary to make the prima facie case." Godwin v. United States, 564 F. Supp. at 1212, citing United States v. Kis, 658 F.2d 526, 536 (7th Cir. 1981), cert. denied sub nom.  Salkin v. United States, 455 U.S. 1018, 72 L. Ed. 2d 135, 102 S. Ct. 1712 (1982). Goldberg v. U.S., 586 F. Supp. 92 (4th Cir. 1984).

That I, Ricky Vincent Pendleton, a living breathing man, being first duly sworn, say and declare by my signature that the following facts are true to the best of my knowledge and belief.

THAT, Ricky Vincent Pendleton, is the Affiant is this matter;

THAT, Affiant's birthday is on March 30th 1976;

THAT, Betsy C. Jividen, Commissioner, West Virginia Division of Corrections and Rehabilitation; Donnie Ames, Superintendent, Mount Olive Correctional Complex and Jail; and Clarence J. Rider, Religious Services Director, West Virginia Division of Corrections and Rehabilitation, are Defendants' in this matter;

THAT, Betsy C. Jividen, Commissioner, is located at: West Virginia Division of Corrections and Rehabilitation; 1409 Greenbrier Street; Charleston, WV 25311;

THAT, Clarence J. Rider, Religious Services Director, is located at: West Virginia Division of Corrections and Rehabilitation; 1409 Greenbrier Street; Charleston, WV 25311;

THAT, Donnie Ames, Superintendent, is located at: Mount Olive Correctional Complex and Jail;

THAT, Affiant's rights under the First Amendment, the Establishment Clause, and RLUIPA are being violated by Defendants' in a prima facie case per 42 U.S.C. §1983;

1

THAT, Affiant had given defendants' opportunities to address this matter appropriately to no avail;

THAT, defendants' was deliberate indifferenced to the fact that Affiant's was forced or coerced to this New Special Religious Diet Program;

THAT, defendants' was deliberate indifferenced to the fact that Affiant has documented records of having health problems at consuming soy texturized products;

THAT, Affiant is forced or coerced to consume soy protein or texturized products according to policy directives §511.00 [2014 version];

THAT, Affiant God Centered Culture of Islam's dietary practice is a Pescatarian diet;

THAT, policy directives §511.00 [2014 version] is in direct violation of Affiant's first amendment rights, RLUIPA and the Establishment Clause;

THAT, policy directives §511.00 [2014 version] is in direct violation of Affiant's sincerely held God Centered Culture of Islamic belief;

THAT, defendants' knew or should have known that Affiant is being forced or coerced to consume soy protein or texturized products according to policy directives §511.00 [2014 version] causing him abdominal pains, digestive problems, and at times vomiting;

THAT, defendants' policy directives §511.00 [2014 version] states: that if Affiant is not in compliance with it, he will be given a regular diet tray, which would be in violation of his sincerely held God Centered Culture of Islamic belief;

THAT, policy directives §511.00 §5 (C) (5) & (6) [2014 version] requirement of a Rabbi to perform rituals cleansing/sanctifying ceremony (Kashering Ceremony) which doesn't represent Affiant's sincerely held God Centered Culture of Islamic belief;

2

THAT, the New Special Religious Diet Program is in accordance to the policy directives §511.00 [2014 version];

THAT, the New Special Religious Diet Program is friendly towards Hare Krishna, Brahman's dietary practice;

THAT, the New Special Religious Diet Program with the policy directives §511.00 [2014 version] are in direct violation of Affiant's sincerely held God Centered Culture of Islamic belief;

THAT, a Rabbi to perform rituals cleansing/sanctifying ceremony (Kashering Ceremony) which is in direct conflict with Affiant's sincerely held God Centered Culture of Islamic belief;

THAT, Affiant's sincerely held God Centered Culture of Islamic belief is a different sect of Islam;

THAT, Affiant God Centered Culture of Islam's dietary practice is a Pescatarian diet, which means, Affiant can consume all fruits, vegetables, herbs, spices, milk, cheese, and only fish;

THAT, defendants' action along with policy directives §511.00 [2014 version] fails at four factors according to Turner v. Safley, 482 U.S. 78, 107 S. Ct. 2254, 96 L. Ed. 2d 64 (1987);

THAT, defendants' action along with policy directives §511.00 [2014 version] in relation to interest is 'so remote as to render the policy arbitrary or irrational';

THAT, there is no alternative means of exercising the right [exist] that remain open to Affiant;

3

THAT, there would be no "impact accommodation of the asserted constitutional right will have on guards and other inmates, and on the allocation of prison resources, here at the Mount Olive Correctional Complex and Jail;

THAT, there exist any "obvious, easy alternatives" in fact to the challenge policy directive §511.00 [2014 version] and defendants' actions which is total severance of the New Special Religious Diet Program and to the establishment of Affiant's God Centered Culture of Islam's dietary practice is a Pescatarian diet;

THAT, defendants' actions has amounted to a "conscious or intentional interference with Affiant's free exercise rights;

THAT, defendants' bias toward Affiant's God Centered Culture of Islam's dietary practice is a Pescatarian diet, to establish favors for Hare Krishna, Brahman's dietary practice, in accordance to policy directive §511.00 [2014 version] with the New Special Religious Diet Program;

THAT, defendants' had shown favoritism toward inmate Thomas Drescher: Located at: Mount Olive Correctional Complex and Jail; One Mountainside Way; Mount Olive, WV 25185;

THAT,  inmate Thomas Drescher had made agreements with West Virginia Division of Corrections and Mount Olive Correctional Complex, at that time in 1992 and 1999, Agreed Order as filed in Drescher v. West Virginia Dept. of Corrections, Case No. 92-C-48 (Cir. Ct. Marshall Co.) (Id., pp. 14 - 17.) According to Blake v. Rubentein, 2016 U.S. Dist. LEXIS 142927;

THAT, inmate Thomas Drescher had been involved in the establishment of the New Special Religious Diet Program during the late 2013 to early 2014;

THAT, defendants' now, has catered to inmate Thomas Drescher again, by giving him a no soy diet upon which the New Special Religious Diet Program does not customized meals;

THAT, inmate Thomas Drescher had never claimed soy allergies since him involvement in establishing the New Special Religious Diet Program, where it was his role in selecting the meals to be served in the New Special Religious Diet Program;

THAT, Affiant has recorded documentations whereas he cannot consume soy texturized protein products, of having been vomiting, abdominial pains, digestive issues with other complications, which is being ignored;

THAT, Affiant is forced or coerced to consume the soy texturized protein products by policy directive §511.00 [2014 version]

and by defendants' actions according to the New Special Religious Diet Program;

THAT, the New Special Religious Diet Program is a guise for under the umbrella of the Hare Krishna, Brahman dietary practice;

THAT, Affiant sincerely held God Centered Culture of Islam and dietary practice of a Pescatarian diet is nothing like the Hare Krishna, Brahman dietary practice;

THAT, defendants' had violated the Establishment Clause according to the first amendment to the U.S. Constitution;

THAT, there was no secular purpose other than showing favoritism toward inmate Thomas Drescher and the Hare Krishna, Brahman dietary practice;

5

THAT, defendants' primary effect was in fact to advance inmate Thomas Drescher and the Hare Krishna, Brahman dietary practice, and to inhibit other religious dietary practice, including Affiant's sincerely held God Centered Culture of Islam and dietary practice of a Pescatarian diet;

THAT, defendants' action and with policy directive §511.00 [2014 version] and for the establishment of the New Special Religious Diet Program created an excessive entanglement between state government and religion, which had in fact the effect of advancing inmate Thomas Drescher and the Hare Krishna, Brahman dietary practice, and to inhibit other religious dietary practice, including Affiant's sincerely held God Centered Culture of Islam and dietary practice of a Pescatarian diet;

THAT, defendants' violated Affiant's First Amendment rights claim, the Establishment Clause including RLUIPA, and the 42 U.S.C. §1983;

THAT, Affiant claims to resolve this matter his relief sought would be to sever him from the New Special Religious Diet Program, and to establish his sincerely held God Centered Culture of Islam with the dietary practice of a Pescatarian diet;

THAT, defendants' action and with policy directive §511.00 [2014 version] which does in fact place a substantial burden onto his sincerely held God Centered Culture of Islam with the dietary practice of a Pescatarian diet;

THAT, Affiant is being forced or coerced to choose between violating a religious precept or depriving of adequate nutrition at consuming the soy texturized protein product which is prohibited towards his sincerely held God Centered Culture of Islam with the dietary practice of a Pescatarian diet, an alternative meat-free diet is available according to the

6

New Special Religious Diet Program which is not acceptable under other sect of Islamic faith, particularly Affiant's God Centered Culture of Islam for which is causing Affiant of vomiting, abdominial pains, digestive issues constipation with others issues of complications;

THAT, Affiant is being forced or coerced consumption of the soy texturized protein product, which is not only prohibited towards his sincerely held God Centered Culture of Islam of his Pescatarian dietary tenets are restrictions, and also Medically concerned from the fact that it is causing vomiting, abdominial pains, digestive issues, constipation with others issues of complications;

THAT, defendants' action along with policy directive §511.00 [2014 version] granting inmate Thomas Drescher and Hare Krishna, Brahman's dietary practice under guise of this New Special Religious Diet Program while the denial of a privilege to adherents of other religion's dietary practice, in particularly Affiant's sincerely held God Centered Culture of Islam of his Pescatarian dietary tenets, is discrimination on the basis of religion in violation of the equal protection clause of the Constitution;

THAT, Affiant was never given the 'Notice' that the reason for the establishment of the New Special Religious Diet Program was because it is "cost-effective." Instead, Affiant was told to either comply or partake in a regular diet;

THAT, defendants' actions toward an one-size-fits-all religious diet is a violation of First Amendment rights claim, the Establishment Clause including RLUIPA, and the 42 U.S.C. §1983 because there are dietary differences and health concerns especially involving Affiant who is being forced or coerced consumption of the soy texturized

protein product, which is not only prohibited towards his sincerely held God Centered Culture of Islam of his Pescatarian dietary tenets are restrictions, and also Medically concerned from the fact that it is causing vomiting, abdominial pains, digestive issues, constipation with others issues of complications;

THAT, the Hare Krishna community and the diet members of the Brahman caste here in The State of West Virginia of their adoption of the practice in India and elsewhere does not hold precedence against Affiant's sincerely held God Centered Culture of Islam of his Pescatarian dietary tenets;

THAT, Under the Free Exercise Clause, Affiant has a clearly established right to a diet consistent with his religious scruples;

THAT, Affiant demonstrated that he has been treated differently from others with whom he is similarly situated and that unequal treatment was the result of intentional or purposeful discrimination;

THAT, per policy directive §511.00 [2014 version] fails at outlining any restrictions of soy texturized protein products if soy allergies from inmates becomes an issues;

THAT, per policy directive §511.00 [2014 version] also fails to *expressly* states that the defendants' will provide one Religious Special Diet a substitute that complies any inmates whose religious tenet prohibits consuming any soy texturized protein products and health issues for diet restrictions, further showing a violation of secular purpose, advancing other religions by inhibiting Affiant's sincerely held religion and defendants' involvement with any government entanglement with religion by providing a diet that doesn't aligns with Affiant's sincerely held God Centered Culture of Islamic dietary tenet

8

of the Pescatarian diet, for violation of the, *Lemon v. Kurtzman*, 403 U.S. 602, 612-13, 91 S. Ct. 2105, 29 L. Ed. 2d 745 (1971);

THAT, by severance of Affiant from the New Special Religious Diet Program and the establishment of his sincerely held God Centered Culture of Islamic dietary tenet of the Pescatarian diet would not be "cost-effective," due to the fact that Affiant would receive what items relates toward a vegetarian diet on the menu of each days for Breakfast, Lunch and Dinner with which whenever general population is scheduled for fish on the menu that Affiant will be served fish. Thus, for the soy texturized protein a substitution is a religious and a medical requirement;

THAT, if Affiant submits to the strict dietary requirements of the Hare Krishna and the Hindu people which would be a blatant disrespect and a violation toward his sincerely held God Centered Culture of Islamic dietary tenet of the Pescatarian diet;

THAT, Affiant only submits onto the will of the True and Living power of Allah;

THAT, Affiant is being deprived of an adequate nutrition from defendants' deliberate indifference of his medical issue of abdominal pains, digestive issues, vomiting including other issues of constipation and religious prohibition from consuming any soy texturized protein products;

THAT, Affiant does not submits to any men's religions nor any of their dietary practices;

THAT, Affiant's is being forced to consume "soy-based" products without any substitute;

THAT, Affiant reasonably believes that aforementioned is true and accurate to the best of his knowledge, wisdom, and understanding;

9

THAT, Affiant's Equal Protection Clause was violated by Defendants' by [he] being treated differently from the majority of inmates receiving regular tray with whom he is similarly situated and that the unequal treatment was the result of intentional or purposeful discrimination;

THAT, the disparate treatment [was not] reasonably related to any legitimate penological interests;

THAT, the disparity was not justified under the appropriate level of scrutiny;

THAT, Affiant has proven in a prima facie showing by way of a Memorandum of Law in Support of his recently filed 42 U.S.C. §1983 along with this Affidavit that four factors which are relevant to his equal protection claim under Turner v. Safley, 482 U.S. 78, 85, 107 S. Ct. 2254, 96 L. Ed. 2d 64 (1987);

THAT, Affiant's Equal Protection Clause was violated by Defendants' by [he] being treated differently from the majority of inmates receiving regular tray where they can eat onions, tomatoes, and vegetables including fish. Where Affiant is similarly situated with the majority of these inmates and he can't eat the aboved mentioned food products since his Pescatarian dietary practice which does allow him to consume them, but is being denied.

THAT defendants' are either Christians, related to any Christianity based religion or an atheist who are biased towards Affiant's sincerely held belief of the God Centered Culture of Islam and his dietary practice of being Pescatarian.

THAT defendants' possible Christianity background may make them partial to Affiant.

10

THAT, Affiant's exercise of his sincerely held belief of the God Centered Culture of Islam is substantially burdened by defendants' policy directive §511.00 [2014 version] because the Rabbi is in direct conflict of interest with this Islamic belief;

THAT, Affiant's Free Exercise Clause of the First Amendment to the United States Constitution, made applicable to the states under the Fourteenth Amendment, right to practice his sincerely held belief of the God Centered Culture of Islam and his Pescatarian dietary practice is no showing that such restriction is reasonably related to a legitimate penological interest;

THAT, defendants' policy directive §511.00 [2014 version] does put a substantial burden on his religious exercise because the religious diet forced Affiant to consume all soy products proven by Affiant, the layperson to be of being bad towards his of causing him to vomit, having abdominal pains, constipations with other stomach issues which is "not acceptable in his Islamic law" which is different from other Islamic laws per 73 sects of Islamic practices;

THAT, Affiant is being forced to choose between violating a religious precept or depriving himself of adequate nutrition; an alternative soy-based product diet is forcefully available that is "not" acceptable under the God Centered Culture of Islamic Laws;

THAT, the WVDOC Policy Directive 511.00 [2014 version] actually creates one Religious Special Diet that doesn't meets the dietary restrictions of Affiant's dietary practice. The diet contains soy-based products which is "Haram" or "forbidden by his religion," under the God Centered Culture of Islamic Laws;

11

THAT, by defendants' interference of Affiant's sincerely held belief of the God Centered Culture of Islam does place a "substantial burden" on the exercise of his religion because of being force to consume soy-based products which is Haram or forbidden by his Islamic laws at causing him to vomit, constipation, stomach pains, and adominal issues;

THAT, the God Centered Culture of Islamic Laws is different from other Islamic Laws, in which there are approximately 73 sects of Islamic faith with also different laws;

THAT, Affiant is being forced to consume soy-based products which is Haram or forbidden by his Islamic laws at causing him to vomit, constipation, stomach pains, and adominal issues does violates the tenets of his faith;

THAT, Affiant's dietary Pescatarian tenets are requirement and is also a restrictions of soy-based products due to it causing him, to vomit, constipation, stomach pains, and abdominal issues;

THAT, WVDOC Policy Directive 511.00 [2014 version] is the basis for Affiant's claimed violation of his rights on its face does demonstrates that is a substantial burden on his ability right to practice his Pescatarian dietary tenets under the God Centered Culture of Islamic Laws;

THAT, Affiant proves that he suffered more than an "inconvenience" or that he was forced to abandon one of the precepts of his sincerely held belief of the God Centered Culture of Islam by the Ramadan policy per WVDOC Policy Directive 511.00 [2014 version] by consuming soy-based products at which causing him to vomit, constipation,

12

stomach pains, and abdominal issues. Defendants' "intentionally and without sufficient justification" denied Affiant a diet that complies with Ramadan's requirements. Where he is forced eat the soy-based products provided to him when he deems not appropriate in and forbidden accordance with his religious beliefs of precepts of his sincerely held belief of the God Centered Culture of Islam;

THAT, WVDOC Policy Directive 511.00 [2014 version] does not outline the dietary substitution for restrictions if anyone who does has any serious issues consuming any soy-based products;

THAT, this Affidavit consists of Thirteen (13) pages;

Further Affiant Say Nothing.

Done this 11th day of April, 2022.

_Ricky Pendleton_
Affiant Signature

## ACKNOWLEDGEMENT

SUBSCRIBED TO AND SWORN before me this ___11___ day of ___April___ 2022. A Notary Public, that Ricky Vincent Pendleton, Affiant personally appeared and known to me to be the man whose name is subscribed to within this Affidavit and Acknowledged to be the same.

_Richard H. Coleman_
Notary Signature



OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
Richard H. Coleman
State of West Virginia
1 Mountainside Way
Mount Olive, WV 25185
My Commission Expires July 31, 2024

13

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON

**RICKY VINCENT PENDLETON,**

     *Plaintiff,*

v.

    Civil Action No. 2:22-CV-0078

**BETSY C. JIVIDEN**, Commissioner,
WV Division of Corrections and Rehabilitation,
**CLARENCE J. RIDER**, Religious Service Director,
WV Division of Corrections and Rehabilitation, and
**DONNIE AMES**, Superintendent, Mount Olive
Correctional Complex and Jail,

    *Respondents'.*

## EXHIBIT - J -

**PLAINTIFF'S Grievance Process for Equal Protection Clause violation**

ONE STAPLE ONLY

## WVDCR Inmate Grievance Form

Grievance No. 22 -nou- st -39          387    454

| | | |
|---|---|---|
| **Ricky Pendleton** | **#3572914** | **March 9, 2022** |
| **Inmate Name** | **OID #** | **Date of Grievance** |

**State Nature of Grievance / Issue to be addressed (Note: 1 issue per grievance be concise file with Unit Manager or Director of Inmate Services. NO WRITING ON BACK):** Being treated differently than other inmates.

The Equal Protection Clause is being violated against me, when I am similarly situated with inmates, but I am being treated differently because these inmates at Mount Olive Correctional Complex and Jail can eat fish, onions, tomatoes and other vegetables, but I cannot even when I can eat these items. I am being discriminated against because my religious dietary tenet which allow me eat these above mentioned foods, that I am being denied to consume, and coerced to consume other unforbidden foods.

**Relief Sought (state what you want):**
Redress- For the establishment of my Pescatarian dietary practice of eating all available fruits and vegetables including fish.

_Ricky Pendleton_
**Inmate's Signature**                              (The inmate may attach one 8.5 x 11 sheet if necessary, at this level only)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**Unit Manager or Director of Inmate Services Response (attach additional sheet if needed)**

Accepted ___✓___   Rejected _____   Reason for Rejection: _____   Date: _17 Mar 2022_
**Response on Merits if accepted:**
You will need to send a request to the chaplin for clearation of the religion diet

_Um Hule_
**Signature**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Resolved _____  (If so initial and give a copy to Unit Manager)     Appealed to Superintendent _RVP_ (initial)  Date: _18 Mar 202_

If no response at initial level is included the inmate certifies that he/she has tendered this grievance as indicated above and no response has been issued at that level within the time frames set forth in Policy Directive 335.00


_____     _____
**Inmate's Signature**                          **Date**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**Action by Superintendent:**

Accepted ___✓___   Rejected _____   Reason for Rejection: _____   Date: _____

**Response on Merits if accepted:** ___ Remand to Unit for further action  ___✓ Affirm unit and/or deny grievance  ___ Grant the Grievance as specified
Comments _I do not see how you cant eat available fruits + vegetables as well as fish_

_S-c_     MAR 2 ? 2022  (Attach additional sheet if necessary)
**Superintendent's Signature**               **Date**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Resolved: _____  (If so initial and give a copy to Unit Manager or Director of Inmate Services)  Appealed to Commissioner _RVP_ (initial) _Mar 27, 20_

If no response at Superintendent's level is included, the inmate certifies that he/she has tendered this grievance as indicated above and no response has been issued at that level within the time frames set forth in Policy Directive 335.00

_____     _____
**Inmate's Signature**                          **Date**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**Action by Commissioner:**

Accepted _____   Rejected _____

**Response on Merits if accepted:** ___✓ Affirm Superintendent and deny grievance  (Affix final stamp)  ___ Other, memo attached.

**Affirmed
Grievance Denied
Central Office
Grievance Review**          Date: APR 5 2022

MOCC & ... SUPERINTEND... MAR 2 1 2022 RECEIVED