THE UNITED STATED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

RICKY VINCENT PENDLETON,

      **Plaintiff,**

v.                                   **Civil Action No. 2:22-cv-00178**

BETSY C. JIVIDEN, et al.,

      **Defendants.**

### DISMISSAL ORDER

On this day came the Plaintiff, Ricky V. Pendleton, *pro se*, and came the Defendants, Betsy C. Jividen,[1] Clarence J. Rider, and Donnie Ames,[2] by counsel, and announced to the Court that all matters in controversy between and among them have been settled, and asked that this Court dismiss this case, with prejudice.

WHEREFORE, hearing no objection thereto, it is hereby **ORDERED** and **ADJUDGED** that all claims in this action are hereby **DISMISSED**, with prejudice, with each party to bear its own costs and expenses, including attorney's fees, incurred in this action.

It is further **ORDERED** that the Clerk remove this case from the active docket and transmit copies of this order to all counsel of record and any unrepresented parties.

                           ENTER:

                           _____
                           JOSEPH R. GOODWIN
                           UNITED STATES DISTRICT JUDGE

---

[1] William K. Marshall, II, has replaced Betsy C. Jividen as the current Commissioner of the West Virginia Division of Corrections and Rehabilitation.
[2] Jonathan E. Frame has replaced Donnie Ames as the current Superintendent of Mount Olive Correctional Center.

**Submitted by:**

/s/ Jodi B. Tyler
Jodi Tyler (WVSB #13234)
Assistant Attorney General
1900 Kanawha Blvd., East
Building 1, Suite W-400
Charleston, WV  25305
Telephone: (304) 558-2930
jtyler@wvago.gov
*Counsel for Defendants*

**Approved by:**

Ricky Vincent Pendleton
OID #3572914
Mount Olive Correctional Complex
1 Mountainside Way
Mount Olive, WV 25185
*Plaintiff*